UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Lawrence J. O'Neill<br>United States District Judge<br>Fresno, California | RE:  Ronald Joe MANLEY<br>Docket Number:  0972 1:13CR00350-01<br>**REQUEST TO RECALL WARRANT** |

Your Honor:

On May 6, 2014, a Superseding Form 12C Petition was filed with the Court, and as recommended by the Probation Officer, Your Honor ordered the issuance of a no-bail warrant for Mr. Manley's arrest.  On May 8, 2014, Mr. Manley, who at the time was out of custody, appeared in Court before Duty Magistrate Judge Stanley A. Boone on the previously filed Petition dated March 24, 2014, and was arraigned on the Superseding Form 12C Petition.  The offender was remanded to custody as a result of the violation conduct outlined in the Superseding Petition.  Mr. Manley remains in custody and is pending a Status/Contested Hearing before Your Honor on July 14, 2014, at 8:30 a.m.

Based on the above, it is respectfully requested the warrant issued on May 6, 2014, be recalled given Mr. Manley's remand into custody on May 8, 2014.

Respectfully submitted,

/s/ Phil R. Hendley, Jr.

**Phil R. Hendley, Jr.
United States Probation Officer**

Dated:   June 3, 2014
             Modesto, California
             PRH/lr

   /s/ George A. Vidales for
**REVIEWED BY:**   **Jack C. Roberson
                              Supervising United States Probation Officer**

REV.  03/2014
MEMO-COURT W ORDER.DOTX

RE:   **Ronald Joe MANLEY**
      **Docket Number:   0972 1:13CR00350-01**
      **REQUEST TO RECALL WARRANT**

cc:   Mia Giacomazzi
      Assistant United States Attorney

      Victor Chavez
      Defense Counsel

      United States Marshals

## ORDER OF THE COURT

☒ Approved − Warrant issued on May 6, 2014, ordered recalled.  Offender to remain in custody.    ☐ Disapproved − Probation Officer to contact the Court.

IT IS SO ORDERED.

Dated:   **June 3, 2014**            **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE