```
1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  VICTOR M. CHAVEZ, SBN #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   RONALD MANLEY
7
```

8                      IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       ) Case No.  1:13-CR-00350 LJO
                                     )
12 |            Plaintiff,           ) STIPULATION AND ORDER ADVANCING
                                     ) STATUS CONFERENCE
13 | vs.                             )
                                     )
14 | RONALD MANLEY,                  )
                                     )
15 |            Defendant.           )

16

17     The parties have a resolution in this case and therefore through their respective counsel,

18  MIA A. GIACOMAZZI, counsel for Plaintiff, and VICTOR M. CHAVEZ, counsel for

19  Defendant, RONALD MANLEY, stipulate to vacate the contested hearing presently set for July

20  14, 2014, at 8:30 a.m. before Judge O'Neill and request that the matter be set before Judge

21  Boone for admission of a charge on July 10, 2014, at 1:30 p.m.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 8, 2014         /s/ *Mia A. Giacomazzi*
                            MIA A. GIACOMAZZI
                            Assistant United States Attorney
                            Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: July 8, 2014          /s/ *Victor M. Chavez*
                            VICTOR M. CHAVEZ
                            Assistant Federal Defender
                            Attorneys for Defendant
                            RONALD MANLEY


**O R D E R**

IT IS SO ORDERED.

Dated:  **July 9, 2014**

UNITED STATES MAGISTRATE JUDGE

-2-